UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03991-CBM-ASx | Date | September 8, 2026 |
| Title | *Janet Andrews v. Citibank, N.A.* | | |

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| V.R. VALLERY | NOT REPORTED |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER TO SHOW CAUSE RE DISMISSAL**

On August 19, 2026, the Court ordered the parties to file a status report regarding arbitration and whether this case should remain stayed no later than August 28, 2026. (Dkt. No. 23.) No status report was filed.

Accordingly, the parties are ORDERED TO SHOW CAUSE in writing **no later than September 18, 2026** why this case should not be dismissed for failure to prosecute and/or failure to comply with court orders.

**IT IS SO ORDERED.**

00 : 00
Initials of Deputy Clerk CMJ for VRV